Ara Sahelian, Esq., [CBN 169257]
SAHELIAN LAW OFFICES
23276 South Pointe Dr., Ste 216
Laguna Hills, CA 92653
Direct : 949 859 9200
email : sahelianlaw@me.com

Attorneys for Gidon A. Lavi; Roberta Kay Lavi

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
### (Western Division - Los Angeles)

| | |
|---|---|
| Anthony Bouyer<br><br>　　Plaintiff,<br><br>　　vs.<br><br>Gidon A. Lavi; Roberta Kay Lavi<br><br>　　Defendants. | CASE NO.: 2:20-cv-04764-PSG-AS<br><br>The Honorable Philip S. Gutierrez<br><br>**MEMORANDUM TO REQUEST FOR SPECIAL ACCOMMODATIONS**<br><br>Complaint Filed: 5/28/20<br><br>Hearing Date:  8/31/20<br>Time:  1:30 PM |

**REQUEST FOR SPECIAL ACCOMMODATIONS - Page 1 -**

# MEMORANDUM TO REQUEST FOR SPECIAL ACCOMMODATIONS

Defendants Gidon A. Lavi; Roberta Kay Lavi respectfully request a telephonic appearance for the Motion to Dismiss set for August 31, 2020 at 1:30 PM.

This attorney, representing Gidon A. Lavi; Roberta Kay Lavi, is confined to a wheelchair, and the First Street Courthouse presents an unusual challenge for those in wheelchairs. A court appearance requires arranging for assistance, for someone to help navigate a wheelchair to the Courthouse from nearby parking (see declaration of counsel).

Further, the coronavirus pandemic has become a concern, and this attorney's respiratory function is severely compromised (see declaration).

Respectfully submitted: Monday, August 24, 2020

_____
Ara Sahelian, Esq.
Attorney for Gidon A. Lavi; Roberta Kay Lavi