Ara Sahelian, Esq., [CBN 169257]
SAHELIAN LAW OFFICES
23276 South Pointe Dr., Ste 216
Laguna Hills, CA 92653
Direct : 949 859 9200
email : sahelianlaw@me.com

Attorneys for Gidon A. Lavi; Roberta Kay Lavi

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**(Western Division - Los Angeles)**

| | |
|---|---|
| Anthony Bouyer<br><br>Plaintiff,<br><br>vs.<br><br>Gidon A. Lavi; Roberta Kay Lavi<br><br>Defendants. | CASE NO.: 2:20-cv-04764-PSG-AS<br><br>The Honorable Philip S. Gutierrez<br><br>**DECLARATION OF ARA SAHELIAN IN SUPPORT OF REQUEST FOR SPECIAL ACCOMMODATIONS**<br><br>Complaint Filed: 5/28/20<br><br>Hearing Date: 8/31/20<br>Time: 1:30 PM |

# DECLARATION OF ARA SAHELIAN IN SUPPORT OF REQUEST FOR SPECIAL ACCOMMODATIONS

I, Ara Sahelian, Esq., hereby declare and state as follows:

1. I am an attorney licensed to practice law before all the Courts of the State of California. I personally know the facts stated herein. If called upon to testify, I could and would competently testify to those facts and related facts that I rely upon to establish personal knowledge of the substantive facts asserted below:

2. I respectfully request an appearance by telephonic conference on behalf of Defendants Gidon A. Lavi; Roberta Kay Lavi, for the Motion to Dismiss, set for August 31 2020 at 1:30 PM.

3. The First Street Courthouse presents an unusual challenge. It requires remote parking at a facility several blocks away; navigating broken sidewalks; and going up a steep slope to the entrance of the courthouse.

4. I will need to arrange for special assistance, for someone to help push the wheelchair from the parking facility to the courthouse.

5. Further complicating matters is the coronavirus pandemic. Having been afflicted with polio at a very young age, my respiratory system is markedly compromised (at 50% capacity). As a result, I will need to limit

my exposure to the virus, "social distancing," in effect, avoiding risks when possible.

I declare under penalty of perjury under the laws of the State of California, and the United States of America, that the foregoing is true and correct, and that this declaration was signed by my hand this 8/24/2020, at Laguna Hills, California.

_____
Ara Sahelian, Esq.