Ara Sahelian, Esq., [CBN 169257]
SAHELIAN LAW OFFICES
23276 South Pointe Dr., Ste 216
Laguna Hills, CA 92653
Direct : 949 859 9200
email : sahelianlaw@me.com

Attorneys for Gidon A. Lavi; Roberta Kay Lavi

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anthony Bouyer<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br>Gidon A. Lavi; Roberta Kay Lavi<br><br>　　　Defendants. | CASE NO.: 2:20-cv-04764-SB-AS<br><br>The Honorable Stanley Blumenfeld Jr.<br><br>**DECLARATION OF COUNSEL IN SUPPORT OF FIRST AMENDED MOTION TO DISMISS FOR MOOTNESS**<br><br>Hearing Date: 11/20/20<br>Time: 8:30 AM |

**DECLARATION OF COUNSEL IN SUPPORT OF FIRST AMENDED MOTION TO DISMISS FOR MOOTNESS- Page 1 -**

# DECLARATION OF COUNSEL IN SUPPORT OF FIRST AMENDED MOTION TO DISMISS FOR MOOTNESS

I, Ara Sahelian, Esq., hereby declare and state as follows:

1. I am an attorney licensed to practice law before all the Courts of the State of California. I personally know the facts stated herein. If called upon to testify, I could and would competently testify to those facts and related facts that I rely upon to establish personal knowledge of the substantive facts asserted below:

2. I represent Gidon A. Lavi; Roberta Kay Lavi, in the within action.

3. **Compliance with Local Rule 7-3:** I made two attempts to elicit Plaintiff's counsel's cooperation in conferring regarding the within motion. The first was by way of an email on October 13, 2020; the second, similarly by way of an email on October 20, 2020. Neither attempt was successful, in that neither led to a conference. Facing a deadline, I had no choice but to file the within motion.

I declare under penalty of perjury under the laws of the State of California, and the United States of America, that the foregoing is true and correct.

Respectfully submitted:
Date: 10/22/2020

_____
Ara Sahelian, Esq.
Attorney for Defendants