Ara Sahelian, Esq., [CBN 169257]
SAHELIAN LAW OFFICES
23276 South Pointe Dr., Ste 216
Laguna Hills, CA 92653
Direct : 949 859 9200
email : sahelianlaw@me.com

Attorneys for Gidon A. Lavi; Roberta Kay Lavi

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anthony Bouyer<br><br>    Plaintiff,<br><br>    vs.<br><br>Gidon A. Lavi; Roberta Kay Lavi<br><br>    Defendants. | CASE NO.: 2:20-cv-04764-SB-AS<br><br>The Honorable Stanley Blumenfeld Jr.<br><br>**DECLARATION OF LINDA LABOV IN SUPPORT OF FIRST AMENDED MOTION TO DISMISS FOR MOOTNESS**<br><br>Hearing Date: 11/20/20<br>Time: 8:30 AM |

DECLARATION OF COUNSEL IN SUPPORT OF FIRST AMENDED MOTION TO DISMISS FOR MOOTNESS - Page 1 -

# DECLARATION OF LINDA LABOV IN SUPPORT OF FIRST AMENDED MOTION TO DISMISS FOR MOOTNESS

I, LINDA LABOV, hereby declare and state as follows:

1. I am over the age of 18 years and a resident of the State of California. I have personal knowledge of the facts and circumstances set forth hereinafter, and could competently testify with respect thereto if called as a witness herein.

2. I am the owner of the Property (a strip mall) located at 12516 Vanowen St., North Hollywood, California.

3. As the owner, I am fully familiar with all aspects of the Property, including all matters related to ADA compliance.

4. I hired a contractor, Ram Paving Inc. located in Sun Valley, to make the alterations to the parking spaces. The owner's name is Eddie Zamarripa, and he can be reached at 818-772-5005. The current measurements of the accessible parking space are as follows:

   a. The parking space and the adjoining access aisle measure no less than 204 inches (17 ft) in width.

   b. The accessible parking space and the adjoining access aisle are a minimum of 228 inches (19 ft) in length.

   c. The slopes of the accessible parking space and the adjoining access aisle are no greater than 2%.

   d. The lettering in the access aisle is 12 inches high and the ISA symbol (the wheelchair) is 36x36 inches.

   e. The No Parking sign is no less than 106 inches from the ground.

5. The photographs in Exhibits A through G are true and correct depictions of the Property, and its measurements.

I declare under penalty of perjury under the laws of the State of California, and the United States of America, that the foregoing is true and correct.

Respectfully submitted:
Date: 10/21/2020

*Linda Labov*

LINDA LABOV

5. The photographs in Exhibits A through G are true and correct depictions of the Property, and its measurements.

I declare under penalty of perjury under the laws of the State of California, and the United States of America, that the foregoing is true and correct.

Respectfully submitted:
Date: 10/22/2020

_____
LINDA LABOV

DECLARATION OF COUNSEL IN SUPPORT OF FIRST AMENDED MOTION TO DISMISS FOR MOOTNESS - Page 3 -