Ara Sahelian, Esq., [CBN 169257]
SAHELIAN LAW OFFICES
23276 South Pointe Dr., Ste 216
Laguna Hills, CA 92653
Direct : 949 859 9200
email : sahelianlaw@me.com


Attorneys for Gidon A. Lavi; Roberta Kay Lavi

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anthony Bouyer<br><br>        Plaintiff,<br><br>        vs.<br><br>Gidon A. Lavi; Roberta Kay Lavi<br><br>        Defendants. | CASE NO.: 2:20-cv-04764-SB-AS<br><br>The Honorable Stanley Blumenfeld Jr.<br><br>**EXHIBITS IN SUPPORT OF  FIRST AMENDED MOTION TO DISMISS FOR MOOTNESS**<br><br>Hearing Date: 11/20/20<br>Time: 8:30 AM |

**DECLARATION OF COUNSEL IN SUPPORT OF FIRST AMENDED MOTION TO DISMISS FOR MOOTNESS**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



12516 Vanowen St., North Hollywood

2056

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



Satellite View

2056

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



Street View

2056

**DECLARATION OF COUNSEL IN SUPPORT OF FIRST AMENDED MOTION TO DISMISS FOR MOOTNESS**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

**DECLARATION OF COUNSEL IN SUPPORT OF FIRST AMENDED MOTION TO DISMISS FOR MOOTNESS**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2056



The parking space before alterations were made

**EXHIBIT A**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT B

2056

**DECLARATION OF COUNSEL IN SUPPORT OF FIRST AMENDED MOTION TO DISMISS FOR MOOTNESS**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



The parking space after the alterations were made

**EXHIBIT B**

2056

DECLARATION OF COUNSEL IN SUPPORT OF FIRST AMENDED MOTION TO DISMISS FOR MOOTNESS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT C

DECLARATION OF COUNSEL IN SUPPORT OF FIRST AMENDED MOTION TO DISMISS FOR MOOTNESS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22



23   The access aisle following alterations

24
25
26                                        **EXHIBIT C**
27
28

**DECLARATION OF COUNSEL IN SUPPORT OF FIRST AMENDED MOTION TO DISMISS FOR MOOTNESS**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT D

2056

**DECLARATION OF COUNSEL IN SUPPORT OF FIRST AMENDED MOTION TO DISMISS FOR MOOTNESS**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21



The length of the accessible parking space

22
23
24
25

**EXHIBIT D**

26
27
28

2056

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT E

2056

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



The width of the accessible parking space and the access aisle in combination

**EXHIBIT E**

2056

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT F

2056

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



The NO PARKING sign

**EXHIBIT F**

DECLARATION OF COUNSEL IN SUPPORT OF FIRST AMENDED MOTION TO DISMISS FOR MOOTNESS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT G

**DECLARATION OF COUNSEL IN SUPPORT OF FIRST AMENDED MOTION TO DISMISS FOR MOOTNESS**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22



23    The international sign of accessibility (ISA)
24
25
26                                    **EXHIBIT G**
27
28

2056

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT H

2056



# Guide to the ADA Standards

## Chapters 1 - 5

# Guide to the ADA Standards

## CONTENTS

**About this Guide** ........ ............................................. i

## Chapter 1: Application and Administration

- Using the ADA Standards ……….……………………………  1

## Chapter 2: Scoping Requirements

- New Construction ……………………………………….. 14
- Alterations and Additions …………………………………... 30

## Chapter 3:  Building Blocks

- Floor and Ground Surfaces ………………………………… 41
- Clear Floor or Ground Space and Turning Space ……….. 47
- Protruding Objects …………………………………………. 58
- Operable Parts …………………………………………….65

## Chapter 4:  Accessible Routes

- Accessible Routes…………………………………………… 76
- Entrances, Doors, and Gates …………………..…………93
- Ramps and Curb Ramps …………………………………114
- Elevators and Platform Lifts ……………………………… 133
- Accessible Means of Egress………………………………. 152

## Chapter 5:  General Site and Building Elements

- Parking Spaces …………………………………………… 171
- Passenger Loading Zones ……………………………….. 190
- Stairways ………………………………………………… 195

**[Upcoming: Guides covering Chapters 6 – 10]**

# About this Guide

This guide explains requirements in the current editions of the ADA Standards issued by the Department of Justice (DOJ) and the Department of Transportation (DOT).  It was developed by the U.S. Access Board in cooperation with DOJ and DOT.  It is important to use this guide along with a complete copy of the ADA Standards as it explains, but does not contain or reprint, the text of ADA Standards.

DOJ updated its ADA Standards in 2010, which are referred to as the *2010 ADA Standards for Accessible Design.*  These standards, which replace the original ADA Standards DOJ issued in 1991, became mandatory for newly constructed and altered facilities as of March 15, 2012.  DOJ's ADA Standards apply to all facilities covered by the ADA except public transit facilities.

DOT issued its current edition of the ADA Standards in 2006.  These standards apply to facilities used by state and local governments to provide public transportation.  They became effective on November 29, 2006 and replace earlier standards issued by DOT in 1991.

The current DOJ and DOT ADA Standards are very similar as both documents are closely based on the Access Board's ADA Accessibility Guidelines (2004).  This guide explains requirements of both standards, which are jointly referred to as the "ADA Standards" or "the standards."  Most provisions of each standard are identical and discussed in this guide without distinction.   Both standards contain several unique provisions not found in the other.  In these limited areas, the guide notes the differences and explains how they are to be applied.  This guide does not cover requirements of the original 1991 ADA Standards issued by DOJ or DOT.

In addition to explaining the requirements of the standards, this guide also provides clearly labeled recommendations for best practices that exceed the minimum requirements and are thus optional to follow.  In addition, the guide provides links to other federal accessibility requirements that may also apply to entities covered by the ADA.

This guide is in the public domain, and users are free to distribute and share its content or to disseminate copies.  Questions or comments on the guide should be directed to the Access Board at ta@access-board.gov, (800) 872-2253 (voice), or (800) 993-2822 (TTY).

# Using the ADA Standards



The design standards issued under the Americans with Disabilities Act (ADA) by the Department of Justice and the Department of Transportation are used to ensure access to the built environment for people with disabilities.  The ADA Standards apply nationwide, in addition to any applicable state or local codes, where facilities are newly built or altered.  Most facilities in the public and private sectors are covered by the ADA.

## Facilities Covered by the ADA

### State and Local Government Facilities
Units of government at the state, county, and local levels are subject to the ADA and must comply with the ADA Standards in new construction and alterations.  All types of public facilities are covered, including schools, hospitals, public housing, courthouses, and prisons.  Federal facilities are not covered by the ADA, but by an earlier law, the Architectural Barriers Act (ABA) and must meet separate, though very similar, standards.



### Places of Public Accommodation and Commercial Facilities
In the private sector, the ADA Standards apply to places of public accommodation and commercial facilities.  Places of public accommodation are facilities that affect commerce and that fall within twelve categories listed in the statute, including stores and shops, restaurants and bars, sales or rental establishments, service establishments, theaters, places of lodging, recreation facilities, assembly areas, private museums, places of education, and others.  Nearly all types of private businesses that serve the public are included in the twelve categories, regardless of size.  Commercial facilities include office buildings, factories, warehouses, manufacturing plants, and other facilities whose operations affect commerce.



### Transportation Facilities
Bus stops and stations, rail stations, and other transportation facilities are required to be accessible by the ADA.  The ADA also establishes standards for transportation vehicles, including buses, vans, and rail cars (which are not discussed in this guide).



### Exemptions (Religious Entities and Private Clubs)
The ADA does not apply to religious organizations and private clubs, entities which historically have been exempt from federal civil rights laws.  Places of worship and other facilities controlled by a religious organization, such as a school or day care center, are not subject to the ADA Standards.  Private clubs may be similarly exempt depending on their exclusiveness, operations, and other factors.  Facilities not subject to the ADA Standards may still be subject to state or local access codes.

## Built-Up Curb Ramps

Built-up curb ramps are permitted, but they cannot project in parking spaces, access aisles, or vehicle traffic lanes.  A top landing at least 36" deep is required at all built-up curb ramps.

### Built-Up Curb Ramp with Side Flares



*Side flares can be provided to prevent tripping hazards. Edge protection is not specified for curb ramps.*

*Recommendation:* Provide edge protection along the sides of built-up curb ramps to prevent tipping hazards. Otherwise, consider a wider ramp width (48" min.) so that maneuvering does not occur near drop-offs.

## Parallel Curb Ramps

Curb ramps can be oriented parallel to sidewalks.  This design provides an option where limited space precludes a top landing.  A level landing 48" long minimum (60" preferred) accommodates maneuvering between runs and right-angle turns to connecting routes, such as parking access aisles and crossings.



## Minimum Number of Accessible Parking Spaces [§208.2]

| Parking Facility Total | Minimum Number of Accessible Spaces | | |
|---|---|---|---|
| | Standard | Van* | Total (Standard + Van) |
| 1 - 25 | 0 | 1 | 1 |
| 26 – 50 | 1 | 1 | 2 |
| 51 – 75 | 2 | 1 | 3 |
| 76 – 100 | 3 | 1 | 4 |
| 101 – 150 | 4 | 1 | 5 |
| 151 - 200 | 5 | 1 | 6 |
| 201 – 300 | 5 | 2 | 7 |
| 301 – 400 | 6 | 2 | 8 |
| 401 – 500 | 7 | 2 | 9 |
| 501 – 550 | 9 | 2 | 11** |
| 551 – 600 | 10 | 2 | 12** |
| 601 – 650 | 10 | 3 | 13** |
| 651 – 700 | 11 | 3 | 14** |
| 701 – 750 | 12 | 3 | 15** |
| 751 – 800 | 13 | 3 | 16** |
| 801 – 850 | 14 | 3 | 17** |
| 851 – 900 | 15 | 3 | 18** |
| 901 – 950 | 15 | 4 | 19** |
| 951 – 1000 | 16 | 4 | 20** |
| 1001 –1100 | 17 | 4 | 21*** |
| 1101 – 1200 | 18 | 4 | 22*** |
| 1201 – 1300 | 19 | 4 | 23*** |
| 1301 – 1400 | 20 | 4 | 24*** |
| 1401 – 1500 | 20 | 5 | 25*** |
| 1501 – 1600 | 21 | 5 | 26*** |
| 1601 – 1700 | 22 | 5 | 27*** |
| 1701 – 1800 | 23 | 5 | 28*** |
| 1801 – 1900 | 24 | 5 | 29*** |
| 1901 – 2000 | 25 | 5 | 30*** |
| 2001 and over | (*** - *) | * | *** |

* at least 1 of every 6 accessible spaces or fraction of 6
** 501 - 1000: 2% of total
*** 1001 and over: 20 + 1 for each 100 or fraction thereof over 1000

---

**Valet Parking**
Accessible spaces are required in parking facilities with valet parking because vehicles specially equipped for persons with disabilities may not be easily used by others.  Further, valet parking may not be available at all hours a parking facility is open.  An accessible passenger loading zone also is required at facilities with valet parking (§209.4).



## Van Accessible Parking Spaces [§502.1 - 502.5]

At least one space for every 6 or fraction of 6 accessible spaces must be van accessible.  Van spaces provide an additional 3 feet of width to accommodate vehicles equipped with ramps or lifts. This extra space can be added to either the parking space or to the access aisle.  A wider access aisle saves space since two spaces can share one aisle, but wider spaces can help prevent misuse of the access aisle as a parking space.



### Van Space: Wider Parking Space



*Recommendations:*  Sizing all accessible spaces (or access aisles) for van accessibility provides greater convenience and helps ensure that van spaces remain available for those who need them.  Where a van space and regular accessible space share an aisle, it is advisable to have the access aisle serve the van space on the passenger side (as is required where van spaces are angled) since backing into spaces can be more difficult with vans.

## Identification [§216.5, §502.6]

Accessible spaces must be identified by signs with the International Symbol of Accessibility (ISA) (§703.7.2.1). Signs identifying van spaces must include the term "van accessible." This designation is informative and does not restrict use of such spaces to van users only.  No other text or content is required by the Standards.

Signs must be at least 60" high measured to the bottom edge so that they are visible while vehicles are parked in a space.  Signs can be on posts, or where feasible, on walls or suspended from ceilings (an 80" minimum headroom clearance is required at signs suspended above circulation paths (§307.4)).  ISA designations on the parking surface, even if required by a state or local government, cannot substitute for above-ground signs that remain visible at all times.

State or local codes and regulations may address other sign characteristics, including size, color, and additional content, such as "reserved" or violation fines, but the ADA Standards do not.






*The van accessible designation is informative, not restrictive, in identifying spaces suitable for vans since such spaces are not limited to vans only. It can be included on the main designation sign or provided on a separate sign.*

### Exceptions

If a total of 4 or fewer parking spaces (inaccessible and accessible) is provided on a site, the required accessible space does not have to be identified by a sign (i.e., reserved exclusively for use of people with disabilities) (§216.5, Ex. 1).  However, all other requirements for spaces, including access aisles, still apply.




At residential facilities, identification of accessible spaces is not required where spaces are assigned to specific dwelling units (§216.5, Ex. 2).