1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anthony Bouyer<br>　　　Plaintiff,<br>　　　vs.<br>Gidon A. Lavi; Roberta Kay Lavi<br>　　　Defendants. | CASE NO.: 2:20-cv-04764-SB-AS<br><br>The Honorable Stanley Blumenfeld Jr.<br><br>**[PROPOSED] ORDER ON FIRST AMENDED MOTION TO DISMISS FOR MOOTNESS**<br><br>Hearing Date: 11/20/20<br>Time: 8:30 AM |

# [PROPOSED] ORDER ON FIRST AMENDED MOTION TO DISMISS FOR MOOTNESS

The Motion to Dismiss filed by Defendants Gidon A. Lavi; Roberta Kay Lavi in this matter came on regularly for hearing before this Court.

Having considered the moving and opposition papers, arguments, and all other matter presented to this Court, the Court finds that the case is moot.

IT IS HEREBY ORDERED that the DEFENDANTS' Motion to Dismiss is GRANTED / DENIED.

IT IS SO ORDERED

Dated: _____

_____
Hon. Stanley Blumenfeld Jr.
District Judge