UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.:   2:20-cv-04764-SB-AS | Date:   Nov. 16, 2020 |
|---|---|

Title:   *Anthony Bouyer v. Gidon A. Lavi et al.*

Present: The Honorable   **STANLEY BLUMENFELD, JR., U.S. District Judge**

| Victor Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**   **[In Chambers] ORDER TO SHOW CAUSE RE STRIKING OPPOSITION TO MOTION TO DISMISS**

Plaintiff is hereby ordered to show cause in writing by not later than **November 20, 2020** why the Court should not strike his untimely opposition to Defendants' motion to dismiss.  The hearing on that motion, set for November 20, 2020, is vacated pending Plaintiff's response to this Order.

Plaintiff's counsel is directed to file a declaration explaining how his office "inadvertently failed to calendar the hearing . . . and subsequently failed to calendar the opposition deadline," resulting in a filing delay of nearly two weeks. Dkt. No. 32 at 2.  Specifically, Plaintiff's counsel should address how this failure was possible, given the following circumstances:

1) The parties appeared before the Court for a scheduling conference having failed to comply with Chief Judge Gutierrez's order to file a Rule 26(f) report;

2) The parties assured the Court that this failure was an aberration and an oversight, and promised that similar issues would not reoccur;

3) The parties discussed Defendants' pending motion to dismiss and suggested they would be able to resolve the matter without further briefing; and

4) Such discussions took place on November 2, 2020—three days *after* Plaintiff's opposition brief was due.

   In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument on this matter will be heard unless ordered by the Court.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Court's Order may result in the dismissal of this action.

   **IT IS SO ORDERED**.