UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 2:20-cv-04764-SB-AS | Date: | Dec. 21, 2020 |
|---|---|---|---|

| Title: | *Anthony Bouyer v. Gidon A. Lavi, et al.* |
|---|---|

| Present: The Honorable | STANLEY BLUMENFELD, JR., U.S. District Judge |
|---|---|

| Victor Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** ORDER ON EX PARTE APPLICATION TO ACCEPT LATE FILING OF PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS

Defendants Gidon A. Lavi and Roberta Kay Lavi ("Defendants") moved to dismiss Plaintiff Anthony Bouyer's ("Plaintiff") claim under the Americans with Disabilities Act ("ADA") on the basis of mootness. Dkt. No. 27-1. Plaintiff filed an Opposition, Dkt. No. 31, but did so nearly two weeks *after* his deadline to do so had passed. Because counsel had previously failed to comply with an order from this Court only weeks before, the Court issued an order to show cause why the Court should not strike Plaintiff's Opposition as untimely. Dkt. No. 36. Plaintiff's counsel submitted two declarations in response. Dkt. Nos. 37, 37-1. The Court has reviewed the declarations and elects to accept the untimely filing, particularly in light of the fact that the defense does not object to consideration of the Opposition.

Because Plaintiff's counsel accepts responsibility for the deficient performance, the Court has opted to admonish counsel rather than impose sanctions. Plaintiff's counsel twice failed to timely comply with the rules or orders

of this Court in this one case in the course of less than one month.  If Plaintiff's counsel or his firm commits any similar error or omission before the Court in the future, he and his firm are **ORDERED** to disclose that this Court admonished rather than sanctioned him on two occasions.  The Court will consider sanctions if this conduct recurs and will consider, as appropriate, this admonishment in aggravation.

The Court hereby orders as follows:

1. Plaintiff's Ex Parte Application for Relief from Late Filing (Dkt. No. 32) is **GRANTED**.  Plaintiff's Opposition is accepted.

2. The Court **ORDERS** a site inspection of the public spaces of Defendants' property.  Plaintiff must give no less than 24 hours' notice of the inspection.  Upon completion of the site inspection, Plaintiff is to file a supplemental Opposition no later than **January 8, 2021**; if Plaintiff's position is unchanged, the filing may so state.  Defendants' response is due **January 15, 2021**.

3. The hearing on Defendants' motion to dismiss is on **January 29, 2021 at 8:30 a.m.**

**IT IS SO ORDERED.**