1  Ara Sahelian, Esq., [CBN 169257]
2  SAHELIAN LAW OFFICES
3  23276 South Pointe Dr., Ste 216
   Laguna Hills, CA 92653
4  Direct : 949 859 9200
5  email : sahelianlaw@me.com

6  Attorneys for Gidon A. Lavi; Roberta Kay Lavi
7

8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10
11
12
13
14                              CASE NO.: 2:20-cv-04764-SB-AS
15  Anthony Bouyer
                                The Honorable Stanley Blumenfeld Jr.
16          Plaintiff,
17       vs.
                                **NOTICE OF LODGING OF
18  Gidon A. Lavi; Roberta Kay   DECLARATION OF JASON JAMES,
19  Lavi                         CASp, TO DEFENDANTS'
                                 SUPPLEMENTAL BRIEF TO THEIR
20          Defendants.          MOTION TO DISMISS FOR
21                               MOOTNESS**
22
23  ·                            Complaint Filed:5/28/20
                                 Trial Date: 4/26/21
24                               Hearing Date: 1/29/2021
25                               Time: 8:00 AM
26
27
28

**NOTICE OF LODGING OF DECLARATION OF JASON JAMES, CASp, TO DEFENDANTS' SUPPLEMENTAL BRIEF TO THEIR MOTION TO DISMISS FOR MOOTNESS - Page 1 -**

# NOTICE OF LODGING OF DECLARATION OF JASON JAMES, CASp, TO DEFENDANTS' SUPPLEMENTAL BRIEF TO THEIR MOTION TO DISMISS FOR MOOTNESS

Defendants hereby lodge the Declaration of Jason James, California Access Specialist.

Respectfully submitted:

Monday, January 18, 2021

_____

Ara Sahelian, Esq.

Attorney for Defendants

2056

NOTICE OF LODGING OF DECLARATION OF JASON JAMES, CASp, TO DEFENDANTS' SUPPLEMENTAL BRIEF TO THEIR MOTION TO DISMISS FOR MOOTNESS - Page 2 -