UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual,<br><br>　Plaintiff,<br><br>v.<br><br>GIDON A. LAVI, an individual; ROBERTA KAY LAVI, an individual; and DOES 1-10, inclusive,<br><br>　Defendants. | Case No. 2:20-cv-04764-SB-AS<br><br>**ORDER DISMISSAL WITH PREJUDICE** |

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff Anthony Bouyer ("Plaintiff") and Gidon A. Lavi and Roberta Kay Lavi ("Defendants"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: June 7, 2021



Stanley Blumenfeld, Jr.
United States District Judge

2